FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 SEP 25 PM 1:12

OFFICE OF THE CLERK

4:06cv2185
4:06cv3184
4:06cv3184

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 29 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-63)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,267 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 1 4 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-63 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 06-678 | William Hazel v. Merck & Co., Inc. |
| **ARKANSAS WESTERN** | |
| ARW 5 06-5149 | Owen Wallace, et al. v. Merck & Co., Inc. |
| **CALIFORNIA EASTERN** | |
| CAE 2 06-774 | Salvador Monroy v. Merck & Co., Inc. |
| **CALIFORNIA NORTHERN** | |
| ~~CAN 4 06-4794~~ | ~~Patrick E. Murphy v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 |
| **FLORIDA NORTHERN** | |
| FLN 1 06-131 | Stanley Anderson v. Merck & Co., Inc., et al. |
| **GEORGIA NORTHERN** | |
| GAN 1 06-1750 | Millard Yancey v. Merck & Co., Inc. |
| GAN 1 06-1755 | Howard E. Taylor v. Merck & Co. Inc. |
| **ILLINOIS NORTHERN** | |
| ILN 1 06-4089 | Shirley Horwitz, et al. v. Merck & Co., Inc., et al. |
| **KANSAS** | |
| KS 2 06-2332 | Sue Shipman v. Merck & Co., Inc. |
| **MINNESOTA** | |
| MN 0 06-3274 | Marilyn D. Behrendt v. Merck & Co., Inc. |
| MN 0 06-3275 | Marcheta E. Van de Streek v. Merck & Co., Inc. |
| MN 0 06-3285 | Virginia Ballard, et al. v. Merck & Co., Inc. |
| **MISSOURI EASTERN** | |
| ~~MOE 4 06-1185~~ | ~~Vivian Copher, et al. v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 |
| ~~MOE 4 06-1186~~ | ~~Inez Kincaid, et al. v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 |
| ~~MOE 4 06-1187~~ | ~~Richard Helton, et al. v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 |
| ~~MOE 4 06-1196~~ | ~~Minnie Smith, et al. v. Merck & Co., Inc., et al.~~ Opposed 9/13/06 |
| **MISSISSIPPI SOUTHERN** | |
| MSS 3 06-420 | Ann B. Stringfellow, etc. v. Merck & Co., Inc. |
| **NEBRASKA** | |
| NE 4 06-3183 | Stanley L. Applegate, et al. v. Merck & Co., Inc. |
| NE 4 06-3185 | William E. Lindsey, Sr., et al. v. Merck & Co., Inc. |
| NE 4 06-3187 | Jerry R. Crofford v. Merck & Co., Inc. |
| NE 4 06-3189 | Duane E. Noragon, et al. v. Merck & Co., Inc. |
| **NEW JERSEY** | |
| NJ 3 06-3685 | Brenda Carter v. Merck & Co., Inc. |
| **NEW YORK EASTERN** | |
| NYE 1 06-3811 | Jairo Salazar v. Merck & Co., Inc. |

SCHEDULE CTO-63 - TAG-ALONG ACTIONS (MDL-1657)                                    Page 2 of 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK SOUTHERN** | |
| NYS 1 06-5897 | Veronica Francis, etc. v. Merck & Co., Inc. |
| **NEW YORK WESTERN** | |
| NYW 6 06-6408 | Rosemary A. Ruisi v. Merck & Co., Inc., et al. |
| NYW 6 06-6409 | Doris K. Roworth v. Merck & Co., Inc., et al. |
| **OHIO NORTHERN** | |
| OHN 1 06-1927 | Barbara Thornhill, etc. v. Merck & Co., Inc. |
| **OKLAHOMA EASTERN** | |
| OKE 6 06-293 | Irene Merritt v. Merck & Co., Inc. |
| **OKLAHOMA NORTHERN** | |
| OKN 4 06-392 | Stephen N. Lynch, etc. v. Merck & Co., Inc. |
| **OKLAHOMA WESTERN** | |
| OKW 5 06-804 | Richard Smith, et al. v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-3307 | Marilyn Canavan, et al. v. Merck & Co., Inc., et al. |
| **TEXAS EASTERN** | |
| TXE 2 06-321 | Alfonso Carmona, et al. v. Merck & Co., Inc., et al. |
| TXE 2 06-322 | Janie G. Pesina, et al. v. Merck & Co., Inc., et al. |
| **TEXAS NORTHERN** | |
| TXN 4 06-514 | Marvin Garrett, et al. v. Merck & Co., Inc. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-2630 | Deborah Lynn Davis, et al. v. Merck & Co., Inc. |
| **TEXAS WESTERN** | |
| TXW 5 06-642 | Lura Wurzbach v. Merck & Co., Inc. |
| **UTAH** | |
| UT 2 06-614 | Garold Young, etc. v. Merck & Co., Inc. |

# INVOLVED COUNSEL LIST (CTO-63)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Carole Bosch
Hersh & Hersh
601 Van Ness Avenue
Suite 2080
San Francisco, CA 94102-6396

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102-7103

Robert C. Buck
Childers, Buck & Schlueter, LLP
260 Peachtree Street, N.W.
Suite 1601
Atlanta, GA 30303

Charles A. Childers
Childers Buck & Schlueter
260 Peachtree Street
Suite 1601
Atlanta, GA 30303

David William Crowe
Bailey Crowe & Kugler, LLP
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, MO 64196

Rick G. Davis
Davis Law Firm, PLLC
117 Park Circle Drive
Flowood, MS 39232

William Dinkes
Dinkes & Schwitzer
112 Madison Avenue
10th Floor
New York, NY 10016

Jeffrey Keith Douglass
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

Ronald M. Feder
Davis & Feder
P.O. Box 6829
Gulfport, MS 39506-7018

James P. Frickleton
Bartimus, Frickleton, Robertson
& Gorny, P.C.
11150 Overbrook Drive
Suite 200
Leawood, KS 66211

Daniel H. Friedman
Friedman Law Offices
P.O. Box 82009
Lincoln, NE 68501

Blanca P. Galo
Fulbright & Jaworski, L.L.P.
300 Convent Street
Suite 2200
San Antonio, TX 78205-3792

D. Sharon Gentry
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
5801 N. Broadway Avenue
Suite 101
Oklahoma City, OK 73118

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290

Bryan S. Hatch
Stinson, Morrison Law Firm
1299 Farnam Street
Suite 1501
Omaha, NE 68102

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar,
L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Kristopher E. Koepsel
Riggs, Abney, Neal, Turpen, Orbison
& Lewis
502 West 6th Street
Tulsa, OK 74119-1010

Aneca E. Lasley
Squire, Sanders & Dempsey, LLP
1300 Huntington Center
41 South High Street
Columbus, OH 43215

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Theodore V. Mayer
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Nancy A. Mismash
Robert J. Debry & Associates
4252 South 700 East
Salt Lake City, UT 84107

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens
& Cannada , PLLC
P.O. Box 22567
Jackson, MS 39225-2567

Salvador Monroy
6364 So. Lindbergh Street
Suite 139
Stockton, CA 95206

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

John J. Placek
Law Office of John J. Placek
15 North Arlington Heights Road
Arlington Hgts., IL 60004

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Todd H. Ramsey
Bailey Crowe & Kugler, LLP
4600 Bank of America Plaza
901 Main Street
Dallas, TX 75202

Robert J. Renna
Robert J. Renna, PC
26 Court Street, Suite 2303
Brooklyn, NY 11242

Shelly A. Sanford
Goforth Lewis Sanford Wilson, LLP
1111 Bagby
Suite 2200
Houston, TX 77002

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573

Michael I. Shapero
Shapero & Green
220 Signature Square II
25101 Chagrin Blvd.
Cleveland, OH 44122

Roman A. Shaul
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Brian Alan Sher
Bryan Cave, LLP
161 North Clark, #4300
Chicago, IL 60601-3206

Joshua S. Singewald
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603-5404

Randy J. Soriano
Bryan Cave, LLP
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

E. Todd Tracy
Tracy & Carboy
5473 Blair Road, Suite 200
Dallas, TX 75231

Eric A. Urbach
Maples & Urbach, PLLC
701 N. Broadway Ave.
Suite 510
Oklahoma City, OK 73102

Leila H. Watson
Cory, Watson, Crowder
& DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35255-5972

Kent M. Williams
1300 Godward Street, N.E.
Suite 6200
Minneapolis, MN 55413

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther
& Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Alexander W. Wright
Wayne Wright, LLP
5707 IH-10 West
Suite 101
San Antonio, TX 78201

James C. Wyly
Patton, Roberts, McWilliams
& Capshaw, LLP
P.O. Box 6128
Texarkana, TX 75505-6128

# INVOLVED JUDGES LIST (CTO-63)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

~~Hon. Saundra Brown Armstrong~~
~~U.S. District Judge~~
~~390-C Ronald V. Dellums Fed. Bldg.~~
~~1301 Clay Street~~
~~Oakland, CA 94612-5217~~

~~Hon. Henry E. Autrey~~
~~U.S. District Judge~~
~~10N Thomas F. Eagleton~~
~~U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102~~

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Mary L. Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal
Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. William S. Duffey, Jr.
U.S. District Judge
1721 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. Orlando L. Garcia
U.S. District Judge
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
559 John Paul Hammerschmidt Fed. Bldg.
35 East Mountain Street
Fayetteville, AR 72701

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Terence C. Kern
U.S. District Judge
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614-1324

~~Hon. Stephen N. Limbaugh~~
~~Senior U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 3rd Floor~~
~~St. Louis, MO 63102-9958~~

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Terry R. Means
U.S. District Judge
201 U.S. Courthouse
501 West 10th St.
Fort Worth, TX 76102

Hon. Stephan P. Mickle
U.S. District Judge
367 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

~~Hon. Charles A. Shaw~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 12th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. R. Barclay Surrick
U.S. District Judge
8614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. W. Keith Watkins
U.S. District Judge
F-300 Frank M. Johnson Jr. Federal
 Courthouse Annex
One Church Street
Montgomery, AL 36104

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. James B. Zagel
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

# INVOLVED CLERKS LIST (CTO-63)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Christopher R. Johnson, Clerk
523 John Paul Hammerschmidt
Federal Building
35 East Mountain Street
Fayetteville, AR 72701-6420

David J. Maland, Clerk
100 East Houston Street
#125
Marshall, TX 75670-4144

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Denise Lucks, Clerk
U.S. District Court
P.O. Box 83468
Lincoln, NE 68508-3468

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

~~James G. Woodward, Clerk~~
~~3300 Thomas F. Eagleton~~
~~U.S. Courthouse~~
~~111 South Tenth Street~~
~~St. Louis, MO 63102-1116~~

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed.
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

~~Richard W. Wieking, Clerk~~
~~400-S Ronald V. Dellums Fed. Bldg.~~
~~1301 Clay Street~~
~~Oakland, CA 94612-5212~~

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Rodney C. Early, Clerk
2120 Kenneth B. Keating Fed. Bldg.
100 State Street
Rochester, NY 14614-1368

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

William G. Putnicki, Clerk
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William M. McCool, Clerk
243 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601-6805

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed. Bldg.
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
559 John Paul Hammerschmidt Fed. Bldg.
35 East Mountain Street
Fayetteville, AR 72701

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. David G. Larimer
U.S. District Judge
250 Kenneth B. Keating Federal Bldg.
100 State Street
Rochester, NY 14614-1324

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Donald C. Nugent
U.S. District Judge
15A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44114-1842

Hon. R. Barclay Surrick
U.S. District Judge
8614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Hon. W. Keith Watkins
U.S. District Judge
F-300 Frank M. Johnson Jr. Federal
Courthouse Annex
One Church Street
Montgomery, AL 36104

Hon. James B. Zagel
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Mary L. Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal
Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Hon. Eldon E. Fallon
U.S. District Judge
C-456 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Terence C. Kern
U.S. District Judge
411 Page Belcher Federal Bldg. &
U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 3rd Floor
St. Louis, MO 63102-9958

Hon. Terry R. Means
U.S. District Judge
201 U.S. Courthouse
501 West 10th St.
Fort Worth, TX 76102

Hon. David L. Russell
U.S. District Judge
3309 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102

Hon. Thomas W. Thrash, Jr.
U.S. District Judge
2188 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

**** CLERK ADDRESS LABELS (Below)
****

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Orlando L. Garcia
U.S. District Judge
John H. Wood, Jr. U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Stephan P. Mickle
U.S. District Judge
367 Federal Building
401 Southeast First Avenue
Gainesville, FL 32601

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Christopher R. Johnson, Clerk
523 John Paul Hammerschmidt
Federal Building
35 East Mountain Street
Fayetteville, AR 72701-6420

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS

USDI468  685013061 1206 11 09/22/06
NOTIFY SENDER OF NEW ADDRESS
:US DISTRICT COURT
100 CENTENNIAL MALL N STE 593
LINCOLN NE 68508-3803

685013468 B026

RECEIVED
SEP 25 2006
CLERK
U.S. DISTRICT COURT
LINCOLN